[No. 59537-7-I. Division One. May 5, 2008.]

MARCIA MAGEE, *Appellant*, v. DAVID B. ALLEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-08245-3, Richard A. Jones, J., entered January 24, 2007. *Reversed* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Becker, J.

[No. 59807-4-I. Division One. May 5, 2008.]

*In the Matter of the Marriage of* SAIYIN PHASAVATH, *Respondent*, and T. BRET HAGGERTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-00375-3, Richard McDermott, J., entered April 2, 2007. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Becker and Lau, JJ.

[No. 59819-8-I. Division One. May 5, 2008.]

NATIONWIDE MUTUAL INSURANCE COMPANY, *Respondent*, v. CLINTON MARTIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-27169-6, Paris K. Kallas, J., entered April 6, 2007. *Remanded* by unpublished opinion per Leach, J., concurred in by Cox and Ellington, JJ.

[No. 60251-9-I. Division One. May 5, 2008.]

BILL BARNETT ET AL., *Respondents*, v. JOHN MARYANSKI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-39897-3, Brian D. Gain, J., entered June 8, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.